UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN MATTE ROOD, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO.   07-146M <br><br> DETENTION ORDER |

Offense charged:

　　Possession With Intent to Distribute Marijuana, in violation of Title 21, U.S.C.,

　　Sections 841(a)(1) and 841(b)(1)(C).

Date of Detention Hearing:  April 3, 2007

　　The Court, having conducted a uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Annette Hayes.  The defendant was represented by Peter Avenia.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) At the time of arrest Defendant was found with a knife and a gun, both immediately within reach. Defendant also has a pending burglary with a deadly weapon charge involving one of his parents.

(2) At today's hearing, Defendant admits continued use of methamphetamine. He also has mental health problems, ADHD and panic attacks. Not enough is known about Defendant's mental condition, nor his compliance with prescribed medication to give the court reasonable assurance that Defendant does not present a danger to the community.

Based upon the foregoing information which is consistent with the recommendation of detention by U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of April, 2007.

                                           MONICA J. BENTON
                                           United States Magistrate Judge

DETENTION ORDER
PAGE -3-