JUDGE MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-189-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | EMERGENCY MOTION FOR |
| | ) | TEMPORARY RELEASE |
| JOHN ROOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

THIS MATTER comes before the Court on the motion of the defendant for temporary release from detention for the sole purpose of attending a memorial service for his grandfather, John O'Neill, on Saturday, December 1, 2007.  Having considered the records and files in this case, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is GRANTED.  The detention order entered on April 4, 2007 is hereby modified to allow John Rood to attend the memorial service for John O'Neill. The United States Marshal and the Federal Detention Center at SeaTac shall arrange to have John Rood temporarily released from the Federal Detention Center no later than 11:00 a.m. on Saturday, December 1, 2007 to the custody of Cathy Rood Hallett and Peter Hallett.

IT IS FURTHER ORDERED that John Rood is to be released on the condition that he travel directly to the home of his aunt, Donna Butts, at 11200 Olympic View Road, N.W., in

ORDER GRANTING UNOPPOSED EMERGENCY
MOTION FOR TEMPORARY RELEASE
(John Rood; CR07-189-RSM)                    -1-

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1   Silverdale, Washington, in the company of his mother and stepfather, Cathy Rood Hallett and

2   Peter Hallett, to attend the memorial service for John O'Neill.  He is to engage in no activity

3   other than that of attending the memorial service.

4          IT IS FURTHER ORDERED that Mr. Rood shall remain in the company of Cathy

5   Rood Hallett or Peter Hallett throughout the period of his temporary release.  He shall

6   consume no alcohol or drugs during the period of his temporary release, and shall commit no

7   crimes or infractions.

8          IT IS FURTHER ORDERED that upon the conclusion of the services for John O'Neill,

9   the defendant shall immediately self-report to the Federal Detention Center at SeaTac.  In no

10  event shall Mr. Rood self-report to the Federal Detention Center later than 6:00 p.m. on

11  Saturday, December 1, 2007.

12         DONE  this 28  day of November, 2007.

13

14

RICARDO S. MARTINEZ
15                                                      UNITED STATES DISTRICT JUDGE

16  Presented by:

17  s/ Peter J. Avenia
    WSBA No. 20794
    Attorney for John Rood
18  Federal Public Defender's Office
    1601 Fifth Avenue, Suite 700
19  Seattle, WA  98101
    Phone: (206) 553-1100
20  Fax: (206) 553-0120
    Peter_Avenia@fd.org
21

22

23

24

25

26

ORDER GRANTING UNOPPOSED EMERGENCY                          **FEDERAL PUBLIC DEFENDER**
MOTION FOR TEMPORARY RELEASE                                  **1601 Fifth Avenue, Suite 700**
(John Rood; CR07-189-RSM)                    -2-              **Seattle, Washington  98101**
                                                                   **(206) 553-1100**